NORTHERN TIER SOLID WASTE AUTHORITY, d/b/a Bradford County Landfill, McKean County Solid Waste Authority, Clinton County Solid Waste Authority, d/b/a Wayne Township Landfill, Appellants

v.

COMMONWEALTH of Pennsylvania, Department of Revenue; Larry P. Williams, Secretary of the Department of Revenue; Commonwealth of Pennsylvania, Department of Environmental Protection; Kathleen A. McGinty, Secretary of the Department of Environmental Protection; Commonwealth of Pennsylvania, Appellees

Pennsylvania Waste Industries Association, Intervenor.

Supreme Court of Pennsylvania.

Dec. 7, 2005.

## *ORDER*

PER CURIAM.

AND NOW, this 7th day of December 2005, the Appeal from the Order of the Commonwealth Court is quashed as premature. The Appellants' Application for Supplemental Briefing is denied as moot.